**DISMISS and Opinion Filed February 28, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01251-CV**

**PRIMO BAGGIOLINI, Appellant**
**V.**
**BARBARA ANNE BAGGIOLINI, Appellee**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-21-1220**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Miskel
Opinion by Justice Pedersen, III

The clerk's record in this case is overdue. On January 31, 2023, we sent a letter informing appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, verification he had either paid for or made arrangements to pay for the record or was entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE


221251F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

PRIMO BAGGIOLINI, Appellant

No. 05-22-01251-CV        V.

BARBARA ANNE BAGGIOLINI, Appellee

On Appeal from the 59th Judicial District Court, Grayson County, Texas
Trial Court Cause No. FA-21-1220.
Opinion delivered by Justice Pedersen, III. Justices Molberg and Miskel participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered February 28, 2023